# United States Bankruptcy Court
## Southern District of Florida

In re    Boca Shinju, Inc.                                Case No.
                                 Debtor(s)                   Chapter    7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Boca Shinju, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

December 18, 2019                                /s/ Brian J. Cohen, Esq
Date                                                    Brian J. Cohen, Esq 142298
                                                   Signature of Attorney or Litigant
                                                   Counsel for   Boca Shinju, Inc.
                                                  The Cohen Law Firm, PA
                                                  1700 University Drive, Ste. 210
                                                  Coral Springs, FL 33071
                                                  954-346-1400 Fax:954-346-0400