CGFD28 (10/01/16)



**ORDERED in the Southern District of Florida on March 9, 2020**

**Mindy A Mora**
United States Bankruptcy Judge

---

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 19–27165–MAM**
**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Boca Shinju, Inc.
dba Shinju Boca, Inc., dba Shinju Restaurant
7875 Glades Rd
Boca Raton, FL 33434

EIN: 47–2752303

## FINAL DECREE

The trustee, Robert C Furr, having filed a final report that the estate has been fully administered, is discharged and the case is closed.